## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

SALDUTTI LAW GROUP
Saldutti Law Group
Rebecca K. McDowell, Esq.
1040 N. Kings Highway, Suite 100
Cherry Hill, New Jersey 08034

| | |
|---|---|
| IN RE: | : CASE NUMBER: 21-22509-CMB |
| | : |
| EMILY M. TROYAN, | : |
| | : CHAPTER 13 |
| Debtor. | : |
| | : |

### <u>NOTICE OF ADDRESS CHANGE</u>

Please note that the address for creditor Affinity Federal Credit Union for purposes of receiving payments and notices in this bankruptcy case has been changed.

The former address:

Affinity Federal Credit Union
c/o Peter J. Liska, LLC
766 Shrewsbury Ave.
Tinton Falls, NJ 07724

THE CURRENT ADDRESS:

Affinity Federal Credit Union
c/o Saldutti Law Group
1040 Kings Highway N., Suite 100
Cherry Hill, NJ 08034

*/s/ Rebecca K. McDowell*
REBECCA K. MCDOWELL, ESQ.

Dated:  August 8, 2022